IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

PAULA M. ST. PIERRE                                                    PLAINTIFF

VS.                                                   NO.  3:24-cv-24-TSL-MTP

EAGLE STRATEGIES, LLC,
THE BOMBET COMPANY, LLC,                                          DEFENDANTS
AND CHARLES BOMBET

---

## Notice of Removal

---

TO:     Ronnie Lott
        Madison County Chancery Clerk
        146 W Center Street
        Canton, Mississippi 39046

        Richard M. Lingle
        Richard M. Lingle, PLLC
        Post Office Box 1928
        Jackson, Mississippi 39215-1928

        You are hereby given notice that the defendants, Eagle Strategies, LLC, The Bombet

Company, LLC, and Charles N. Bombet, II, have removed this action from the Chancery Court

of Madison County, Mississippi, in which the case was filed as Cause No. 2023-1344B, to the

United States District Court for the Southern District of Mississippi, Northern Division.

Pursuant to 28 U.S.C. § 1446(a), this Notice of Removal is filed within the  district and division

within which such action is pending.  The bases for removal are set forth below:

1.

        This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1332, 1441,  and 1446.

2.

Jurisdiction: This case is a controversy between citizens of different States, in which the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. This Court has subject-matter jurisdiction pursuant to diversity of citizenship under 28 U.S.C. § 1332, as explained below.

3.

Citizenship of the Parties: The citizenship of each party is set forth below.

A) Plaintiff's citizenship – Mississippi: According to the complaint, plaintiff Paula St. Pierre is an adult resident citizen of Madison County in the State of Mississippi. Plaintiff is domiciled in the State of Mississippi, and is a citizen of Mississippi. Plaintiff is not a citizen of the State of New York or Louisiana.

B) Defendant Eagle Strategies, LLC's citizenship – New York: Defendant Eagle Strategies, LLC is a citizen of the State of New York, as follows:

i.   Eagle Strategies, LLC is a Delaware Limited Liability Company with its principal place of business in the State of New York. The only member of Eagle Strategies, LLC is NYLIFE LLC.

ii.  NYLIFE LLC is a Delaware Limited Liability Company with its principal place of business in the State of New York. The only member of NYLIFE LLC is New York Life Insurance Company.

iii. New York Life Insurance Company is a mutual insurance company incorporated and organized pursuant to the laws of the State of New York, and not of any other state, and has its principal place of business in the State of New York.  New York Life is therefore a citizen solely of the State of New York for purposes of diversity of citizenship.  N.Y.

Ins. Law § 1201; 28 U.S.C. § 1332(c)(1).  New York Life is not a citizen of Mississippi or Louisiana for purposes of diversity of citizenship.

iv.    For purposes of diversity of citizenship under 28 U.S.C. § 1332, a limited liability company's citizenship is the citizenship of all of its members.  *MidCap Media Finance, L.L.C. v. Pathway Data, Inc.*, 929 F.3d 310, 314 (5th Cir. 2019); *Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077, 1080 (5th Cir. 2008).  Therefore, Eagle Strategies, LLC is a citizen solely of the State of New York, based upon the citizenship of its only member, NYLIFE LLC, and the citizenship of NYLIFE LLC's only member, New York Life Insurance Company.  Eagle Strategies, LLC is not a citizen of Mississippi.

C)  <u>Defendant Charles Bombet's citizenship – Louisiana</u>: Defendant Charles N. Bombet, II is an adult resident citizen of the State of Louisiana. Mr. Bombet is domiciled in the State of Louisiana, and is a citizen solely of the State of Louisiana. Mr. Bombet is not a citizen of the State of Mississippi.

D)  <u>Defendant The Bombet Company, LLC's citizenship – Louisiana</u>: The Bombet Company, LLC is a Louisiana limited liability company, with its principal place of business in Louisiana.  Charles N. Bombet, II is the sole member of The Bombet Company, LLC. As stated above, a limited liability company's citizenship is the citizenship of its members. As stated above, Charles N. Bombet, II is a citizen solely of the State of Louisiana. Therefore, The Bombet Company, LLC is a citizen solely of the State of Louisiana, and is not a citizen of the State of Mississippi.

4.

<u>Amount in controversy</u>: The amount in controversy exceeds the requisite jurisdictional amount of $75,000, exclusive of interest and costs. The Complaint does not contain an *ad*

*damnum* clause specifying the amount of damages sought by Plaintiff. It is clear, however, that the amount in controversy exceeds the minimum amount for diversity of citizenship. The Complaint describes an investment account, and alleges that in 2015, "the account balance was slightly over $883,000.00. During a time period between 2015 and December 31, 2022, the stock market rose significantly. However, as of December 31, 2022, the account balance was $542,080.16. This balance reduction of approximately $341,000.00 has not been satisfactorily explained to any beneficiary including the Plaintiff." Plaintiff therefore has placed into controversy an amount of more than $340,000.

5.

Joinder of all defendants: As required by 28 U.S.C. § 1446(b)(2), all defendants in this action have joined in this Notice of Removal, as shown by the signature of their counsel, below.

6.

Attached documents: 28 U.S.C. § 1446(a) requires that a copy of all process, pleadings, and orders served upon Defendants must be filed with this Notice of Removal. A copy of such documents served upon Eagle Strategies, LLC is attached hereto as Exhibit "A".  A copy of such documents served upon Charles Bombet is attached hereto as Exhibit "B". A copy of such documents served upon The Bombet Company, LLC is attached hereto as Exhibit "C".

7.

Notice to Plaintiff and State Court: Pursuant to 28 U.S.C. § 1446(d), Defendants are this day giving notice to all adverse parties, and filing a copy of this Notice of Removal with the Clerk of the Chancery Court of Madison County, Mississippi.

8.

<u>Timeliness of removal</u>: 28 U.S.C. § 1446(b)(1) allows defendants to remove cases "within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within 30 days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter." Defendants Eagle Strategies, LLC, Charles Bombet, and The Bombet Company, LLC first received said documents on or after December 19, 2023 and were not served with process prior to that date. This Notice of Removal is filed within the statutory period allowed for removal.

WHEREFORE, defendants Eagle Strategies, LLC, The Bombet Company, LLC, and Charles Bombet file this Notice of Removal and remove this civil action to the United States District Court for the Southern District of Mississippi, Northern Division. Pursuant to 28 U.S.C. § 1446(d), this case shall proceed no further in the State Court unless and until the case should be remanded by order of said United States District Court.

Respectfully submitted, this the 12th day of January, 2024.

Eagle Strategies, LLC, The Bombet Company, LLC, and Charles N. Bombet, II

By: /s  William F. Ray
    William F. Ray
    Counsel for All Defendants

OF COUNSEL:

William F. Ray (MSB No. 4654)
WATKINS & EAGER PLLC
400 East Capitol Street
Jackson, Mississippi 39201
Post Office Box 650
Jackson, Mississippi 39205
Telephone: (601) 965-1900
Facsimile: (601) 965-1901
Email: wray@watkinseager.com

<u>CERTIFICATE OF SERVICE</u>

I, William F. Ray, as attorney for the Defendants Eagle Strategies, LLC, The Bombet

Company, LLC, and Charles Bombet, do hereby certify that I have this day served a true and

correct copy of the above and foregoing Notice of Removal, by email and United States mail,

postage pre-paid, upon:

>   Richard M. Lingle
>   Richard M. Lingle, PLLC
>   Post Office Box 1928
>   Jackson, Mississippi 39215-1928

Pursuant to 28 U.S.C. § 1446, I have provided notice to the State Court by filing a copy

of the Notice of Removal with the clerk of the Court via the Court's electronic filing system:

>   Ronnie Lott
>   Madison County Chancery Clerk
>   146 W Center Street
>   Canton, Mississippi 39046

This the 12th day of January, 2024.

>                     /s  William F. Ray
>                     William F. Ray